UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 17-013-JWD-RLB-7** |
| **DARWIN ELPHAGE** | |

### RULING AND ORDER

This matter is before the Court on the *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(a)(i)* (Doc. 685) filed by Defendant Darwin Elphage ("Defendant"). The Government does not oppose this motion. (Doc. 690.) The Court has carefully considered the law; the evidence presented in this matter as it relates both to Defendant's health conditions and the risk of contracting COVID-19 at FMC Butner, where he is currently incarcerated; and the arguments and submissions of the parties and is prepared to rule.

Accordingly,

**IT IS ORDERED** that Defendant's *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(a)(i)* (Doc. 685) is hereby **GRANTED**. Defendant's sentence is hereby reduced to time served. However, the Court imposes an additional term of supervised release. As a condition of supervised release, the Court orders Defendant be placed on home incarceration until February 3, 2022. This period of supervised release shall be followed by the original term of supervised release ordered by the Court.

There being a verified residence, this order is stayed for up to fourteen days for the establishment of a release plan, to make appropriate travel arrangements, and to ensure Defendant's safe release. Defendant shall be released as soon as a release plan is established,

appropriate travel arrangements are made, and it is safe for Defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel and ensure Defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

Upon his release, Defendant is ordered to contact his probation officer and to self-quarantine for fourteen days. The supervision of Defendant while on supervision in home incarceration is left to the discretion of United States Probation Department, which will apply the best practices being implemented in light of the limitations of the COVID-19 pandemic.

The Court reserves the right to amend this order and modify conditions if necessary.

Signed in Baton Rouge, Louisiana, on <u>August 5, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**